IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-112 (DF) |
| CAREY GILBERT CHAPPELL, | VIOLATION(S):  BANK ROBBERY RELATED |
| Defendant | |

## ORDER ON MOTION OF REZA SEDGHI TO WITHDRAW AS COUNSEL FOR DEFENDANT CAREY GILBERT CHAPPELL

REZA SEDGHI, attorney of record for defendant **CAREY GILBERT CHAPPELL** by appointment of the court, has requested that the court permit him to withdraw as counsel for said defendant, showing that he has recently learned of a conflict of interest which precludes his representing Mr. Chappell.

Accordingly, upon consideration of his request to withdraw and for good cause shown, the same is **GRANTED**.  REZA SEDGHI is hereby relieved of any further responsibility in the representation of defendant CAREY GILBERT CHAPPELL.

SO ORDERED, this 3rd day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE