# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Carey Gilbert Chappell | **Repayment Agreement and Order** | No: 5:06-CR-00112-001 |
|---|---|---|

On January 8, 2008, Carey Gilbert Chappell was sentenced to 210 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Chappell. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on January 8, 2008, I have been ordered to pay a total restitution of $7,980.00 and a special assessment of $100.00.

2. On February 23, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on June 10, 2021. The current balance of my restitution is $6,065.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 5th day of August 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____      x  7/25/24
Carey Gilbert Chappell                                                Date

_____      07/25/24
Todd L. Smith, USPO - Firearms Specialist                Date

_____      07/26/2024
Assistant U.S. Attorney                                              Date

---

**THE COURT ORDERS:**

☐ Approval     ☐ Disapproval

C. Ashley Royal
Senior U.S. District Judge

13 August 2024
Date